Case 4:21-cv-01720 Document 13 Filed on 08/11/21 in TXSD Page 1 of 6

United States District Court
Southern District of Texas
**ENTERED**
August 11, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| MOXCHANGE LLC, | § | |
| Plaintiff, | § | C.A. No. 4:21-cv-01720 |
| | § | |
| vs. | § | Judge Keith P. Ellison |
| | § | |
| FOSCAM, INC., | § | |
| Defendant. | § | |

*Patent*

### SCHEDULING AND DOCKET CONTROL ORDER

The following schedule will control disposition of this case:

1. **08/20/2021**    INITIAL PRETRIAL CONFERENCE

2. **09/03/2021**    RULE 26(A) INITIAL DISCLOSURES

3. **09/03/2021**    COMPLY WITH P.R. 3-1 AND P.R. 3-2

   Parties to make disclosure of asserted claims and preliminary infringement contentions & make document production. After this date, it is necessary to obtain leave of court to add and/or amend infringement contentions, pursuant to Patent Rule (P.R.) 3-7.

4. **09/17/2021**    MOTIONS TO ADD NEW PARTIES

   The party causing the addition of a new party must provide copies of this Order and all previously entered Orders to the new party.

5. **10/15/2021**    COMPLY WITH P.R. 3-3 AND 3-4:

   Parties to serve preliminary invalidity contentions and make document production. Thereafter, it is necessary to obtain leave of Court to add and/or amend invalidity contentions, pursuant to P.R.. 3-7.

1

| | | |
|---|---|---|
| 6. | <u>10/29/2021</u> | **COMPLY WITH P.R. 4-1:** |
| | | Parties' exchange of proposed terms and claim elements needing construction. |
| 7. | <u>11/19/2021</u> | **COMPLY WITH P.R. 4-2:** |
| | | Parties' exchange of preliminary claim constructions and extrinsic evidence. |
| 8. | <u>12/17/2021</u> | **COMPLY WITH P.R. 4-3:** |
| | | File joint claim construction and prehearing statement; disclosures of parties' claim construction expert and service of Fed.R.Civ.P. 26(a)(2) materials. |
| 9. | <u>12/17/2021</u> | **DEADLINE FOR ALL PARTIES TO FILE AMENDED PLEADINGS (PRE-CLAIM CONSTRUCTION)** |
| | | It is not necessary to file a Motion for Leave to Amend before the deadline to amend pleadings. (It will be necessary to file a Motion for Leave to Amend after this deadline.) |
| 10. | <u>12/31/2021</u> | **RESPONSES TO AMENDED PLEADINGS DUE** |
| 11. | <u>1/21/2022</u> | **NOMINATE SPECIAL MASTER OR COURT APPOINTED EXPERT:** |
| | | Each party to provide name, address, phone number, and curriculum vitae for up to three (3) candidates for a court appointed special master (see FED. R. CIV. P. 53) or court appointed expert (see FED. R. EV. 706), with information regarding the nominee's availability for Markman hearing or other assignments as deemed necessary by the court. The parties shall indicate if they agree on any of the nominees. |
| 12. | <u>01/21/2022</u> | **DISCOVERY DEADLINE ON CLAIM CONSTRUCTION ISSUES** |

| | | |
|---|---|---|
| 13. | 01/21/2022 | **SUBMISSION OF TUTORIALS:** |
| | | Deadline for parties (optional) to provide Court with written tutorials concerning technology involved in patent in issue. If a special master or court-appointed expert is hereafter selected, the parties will provide each tutorial to the master or expert |
| 14. | 02/11/2022 | **COMPLY WITH P.R. 4-5(A):** |
| | | The party claiming patent infringement must serve and file a Claim Construction Opening Brief with its supporting evidence. The moving party is to provide the Court with 2 copies of the binders containing their Opening Brief and exhibits. If a special master or court-appointed expert has been appointed, the moving party must provide the Opening Brief on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court appointed expert. |
| 15. | 03/04/2022 | **COMPLY WITH P.R. 4-5(B):** |
| | | Responsive Brief and supporting evidence due to party claiming patent infringement. The moving party is to provide the Court with two (2) courtesy copies of the Responsive Brief and exhibits. If a special master or court appointed expert has been appointed, the nonmoving party must supply a copy of its Response on disk or CD along with a hard copy, tabbed and bound in notebook format with exhibits, to the special master or court-appointed expert. |
| 16. | 03/18/2022 | **COMPLY WITH P.R. 4-5(C):** |
| | | Party claiming infringement shall file a Reply Brief and supporting evidence on claim construction. The moving party is to provide the Court with two (2) copies of the Reply Brief and exhibits. |
| 17. | 04/01/2022 | **PARTIES SUBMIT CLAIM CONSTRUCTION CHART:** |
| 18. | ~~04/XX/2022~~ 4/14/2022 | **CLAIM CONSTRUCTION HEARING:** |
| | | Claim Construction (Markman) Hearing at 9:00 a.m. at the United States District Court, 515 Rusk Street, Courtroom 9-F, Houston, Texas. |

3

| | | |
|---|---|---|
| 19. | ~~06/XX/2022~~ 06/16/2022 | **CLAIM CONSTRUCTION RULING** |
| 20. | 07/22/2022 | **DEADLINE FOR FINAL INFRINGEMENT CONTENTIONS AND TO AMEND PLEADINGS ON INFRINGEMENT CLAIMS.** |
| 21. | 08/05/2022 | **DEADLINE FOR FINAL INVALIDITY CONTENTIONS AND TO AMEND PLEADINGS ON INVALIDITY CLAIMS** |
| 22. | 08/05/2022 | **COMPLY WITH P.R.3-8.** All parties furnish documents and privilege logs pertaining to willful infringement. |
| 23. | 10/07/2022 | **EXPERTS FOR PARTIES WITH BURDEN (other than attorney's fees)** The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2). |
| 24. | 11/14/2022 | **EXPERTS FOR PARTIES WITHOUT BURDEN** The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2). |
| 25. | 12/16/2022 | **COMPLETION OF DISCOVERY** Discovery requests are not timely if the deadline for response under the Federal Rules of Civil Procedure falls after this date. Parties may by agreement continue discovery beyond the deadline. |
| 26. | 01/13/2023 | **DISPOSITIVE AND NONDISPOSITIVE MOTIONS DEADLINE (except for motions *in limine*)** No party may file any motion after this date except for good cause shown. |
| 27. | 02/17/2023 | **MEDIATION OR SETTLEMENT CONFERENCE BEFORE THE MAGISTRATE JUDGE** The parties must complete mediation or other form of dispute resolution. |

28. April 3, 2023 **DEADLINE FOR JOINT PRETRIAL ORDER AND MOTIONS** *IN LIMINE*

   The Joint Pretrial Order must contain the pretrial disclosures required by Rule 26(a)(3). Plaintiff is responsible for timely filing of the complete Joint Pretrial Order. Failure to do so may lead to dismissal or other sanction in accordance with applicable rules.

29. April 7, 2023 ~~DOCKET CALL~~ Pretrial Conference

   Docket call will occur at ~~9:30~~ 10:30 a.m. in Courtroom ~~8B~~ 3A, United States Courthouse, 515 Rusk, Houston, Texas. The Court will not consider documents filed within seven days of docket call. The Court may rule on pending motions at docket call and will set the case for trial as close to docket call as practicable.

30. April 17, 2023 **JURY SELECTION, 9:00 AM.** Courtroom 3A, Houston, TX

31. April 17, 2023 **JURY TRIAL, 9:30 AM**

OTHER REQUIREMENTS and LIMITATIONS:

(a) **All depositions** to be read into evidence as part of the parties' case-in-chief must be **EDITED** (*with* notice to opposing parties) to exclude all unnecessary, repetitious, and irrelevant testimony. ONLY those portions relevant to the issues in controversy may be read into evidence.

(b) The Court will refuse to entertain any **motion to compel discovery** filed after the date of this Order unless the movant advises the Court within the body of the motion that counsel for the parties have first conferred in a good faith attempt to resolve the matter. See Southern District of Texas Local Rules 7.1, 7.2.

(c) The following **excuses will neither warrant a continuance** nor justify a failure to comply with the discovery deadline:

   i. the fact that there are motions for summary judgment or motions to dismiss pending;

   ii. the fact that one or more of the attorneys is set for trial in another court on the same day, unless the other setting was made prior to the date of this order or was made as a special provision for the parties in the other case;

      iii.    the failure to complete discovery prior to trial, unless the parties can demonstrate that it was impossible to complete discovery despite their good faith effort to do so.

(d) Exhibits

      i.    Each party must provide the Court with a courtesy copy of exhibits and exhibit lists. The presiding judge's preferred format for Exhibit Lists is available on the Court's website at www.txs.uscourts.gov under Court Procedures.

      ii.    If exhibits are voluminous, provide only specific pages that pertain to the issues on the two courtesy copies. The original exhibits that are agreed upon by the parties, should be ready to be tendered to the Clerk of the Court at the beginning of trial. Other exhibits that are admitted during trial should be tendered to the Clerk of the Court immediately after admission.

      iii.    The parties are to label all proposed exhibits with the following information on each label: Designation of Plaintiff's or Defendant's Exhibit Number and Case Number. For example:

| **Plaintiff's Exhibit** | **Defendant's Exhibit** |
|---|---|
| Exhibit No. _____ | Exhibit No. _____ |
| Case No. _____ | Case No. _____ |

Signed on _August 10_, at Houston, Texas.

_____
Hon. Keith P. Ellison
United States District Judge